MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

US MANUFACTURING CORPORATION,

                Plaintiff(s),           Case Number:  11-CV-14973

v.                                            Honorable Robert H. Cleland

BUSCHE ENTERPRISE DIVISION, INC,      Magistrate Judge Mark Randon

                Defendant(s),

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Mark Randon for the following purpose(s):

■ **SETTLEMENT CONFERENCE**

DATED: 12/8/201                            S/Robert H. Cleland
                                                    Robert H. Cleland
                                                      United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon DAVID VIAR, JEFFREY MUTH, MARK SCUDDER on the above date by ordinary mail.

                                                                  S/Lisa Wagner
                                                                     Deputy Clerk