UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

U.S. MANUFACTURING CORPORATION,

    Plaintiff,

v.

BUSCHE ENTERPRISE DIVISION, INC.

    Defendant.

Case No. 2:11-cv-14973-RHC-PJK
Judge Robert H. Cleland
Mag. Judge Paul J. Komives

| THE MILLER LAW FIRM, P.C. | BARNES & THORNBURG, LLP |
|---|---|
| By: Marc L. Newman (P51393) | By: Jeffrey G. Muth (P65041) |
|     David B. Viar (P43479) |     Mark D. Scudder (P70160) |
|     Devon Allard  (P71712) | Attorneys for Defendant |
| Attorneys for Plaintiff | 171 Monroe Ave N.W., Ste. 1000 |
| 950 W. University Dr., Ste. 300 | Grand Rapids, MI  49503 |
| Rochester, MI 48307 | 616-742-3930 |
| (248) 841-2200 | |

### STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY

Upon the agreement of the parties and with the Court being fully advised;

**IT IS ORDERED:**

Plaintiff's Complaint against Defendant shall by and hereby is dismissed without prejudice and without costs to any party.

Dated: 2/10/2012

    S/Robert H. Cleland
    District Court Judge

The undersigned stipulate and agree to the entry of this order.

|  /s/  David B. Viar (P43479) |  /s/  Mark D. Scudder (P70160) |
|---|---|
| David B. Viar (P43479) | Mark D. Scudder, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |

FWDS02 104268v1