UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

U.S. MANUFACTURING CORPORATION,

    Plaintiff,

v.

BUSCHE ENTERPRISE DIVISION, INC.

    Defendant.

Case No. 2:11-cv-14973-RHC-PJK
Judge Robert H. Cleland
Mag. Judge Paul J. Komives

| THE MILLER LAW FIRM, P.C. | BARNES & THORNBURG, LLP |
|---|---|
| By: Marc L. Newman (P51393) | By: Jeffrey G. Muth (P65041) |
|     David B. Viar (P43479) |     Mark D. Scudder (P70160) |
|     Devon Allard (P71712) | Attorneys for Defendant |
| Attorneys for Plaintiff | 171 Monroe Ave N.W., Ste. 1000 |
| 950 W. University Dr., Ste. 300 | Grand Rapids, MI 49503 |
| Rochester, MI 48307 | 616-742-3930 |
| (248) 841-2200 | |

## STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY

Upon the agreement of the parties and with the Court being fully advised;

**IT IS ORDERED:**

Plaintiff's Complaint against Defendant shall by and hereby is dismissed without prejudice and without costs to any party.

Dated: 2/10/2012

S/Robert H. Cleland
District Court Judge

The undersigned stipulate and agree to the entry of this order.

  /s/ David B. Viar (P43479)
David B. Viar (P43479)
Attorney for Plaintiff

  /s/ Mark D. Scudder (P70160)
Mark D. Scudder, Esq.
Attorney for Defendant

FWDS02 104268v1